UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ALTICOR, INC.,

       Plaintiff,

Case No. 1:03-CV-350

v.

Hon. Richard Alan Enslen

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

**PARTIAL JUDGMENT**

       Defendant.
_____/

    In accordance with the Opinion of this date;

    **IT IS HEREBY ORDERED** that Plaintiff Alticor, Inc.'s Motion for Partial Summary Judgment (Dkt. No. 261) is **GRANTED** and Defendant National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment (Dkt. No. 258) is **DENIED**.

    **IT IS FURTHER ORDERED** that partial judgment is entered in favor of Plaintiff and against Defendant, declaring as a matter of law that Defendant's duty to defend Plaintiff in the *Morrison* suit continued unabated after February 2, 2004 until its final resolution.

Dated in Kalamazoo, MI:
February 17, 2006

      /s/Richard Alan Enslen
      Richard Alan Enslen
      Senior United States District Judge